# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKEY DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CITY OF MUSKOGEE, *et al.*, | ) Case No. 20-CV-075-SPS ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff and Defendants as follows:

Plaintiff's claims against Defendants are hereby dismissed without prejudice.

The parties shall bear their own fees and costs in connection with this Joint Stipulation.

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
SMOLEN & ROYTMAN
701 South Cincinnati Ave.
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com
bobblakemore@ssrok..com
bryonhelm@ssrok.com

***Attorneys for Plaintiff***

-and-

s/ Scott Wood (signed with permission)
Scott B. Wood, OBA #12536
WOOD, PUHL & WOOD, P.L.L.C.
2409 E. Skelly Drive, Suite 200
Tulsa, OK 74105
(918) 742-0808
(918) 742-0812 Fax

*Attorneys for Defendants*